IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-HC-2273

| | |
|---|---|
| WILLIAM STEVENSON PHILLIPS,<br><br>    Petitioner,<br><br>  v.<br><br>TODD ISHEE, Secretary, North Carolina Department of Adult Correction,<br><br>    Respondent. | MOTION TO SEAL<br>28 U.S.C. § 2254<br>Fed. R. Civ. P. 5.2<br>Local Civil Rule 79.2 |

Respondent seeks to protect from public disclosure the identity of the minor victim of Petitioner's sex offenses. To that end, Respondent seeks to seal the following exhibits attached to Respondent's motion to dismiss and supporting memorandum:

- Exhibit 3 – Petitioner's Appellant Brief in the N.C. Court of Appeals (NCCOA);

- Exhibit 4 – State's Appellee Brief in NCCOA;

- Exhibit 5 – Petitioner's Reply Brief in NCCOA;

- Exhibit 7 – Petition for Discretionary Review in the N.C. Supreme Court (NCSC);

- Exhibit 8 – State's Response to PDR in NCSC;

1

For the reasons and authorities set forth in the supporting materials, this Court should protect the identity of the minor victim of sexual abuse. *See* 18 U.S.C. § 3509(d)(2); Fed. R. Civ. P. 5.2.

Respectfully submitted, this the 16th day of October, 2024.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/Heidi M. Williams
Heidi M. Williams
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6500
Fax: (919) 716-0001
hwilliams@ncdoj.gov
State Bar No. 59214
Attorney for Respondent

# CERTIFICATE OF SERVICE

I hereby certify that on 16 October 2024, I electronically filed the foregoing MOTION TO SEAL with the Clerk of Court using the CM/ECF system, which will send notification to the following: N/A, and I hereby certify that I have mailed the foregoing MOTION TO SEAL to the following non CM/ECF participants:

>William Stevenson Phillips
>OPUS No. 1282011
>Columbus Correctional Institution
>1255 Prison Camp Road
>Whiteville, NC 28472

Respectfully submitted, this the 16th day of October, 2024.

>/s/Heidi M. Williams
>Heidi M. Williams
>Special Deputy Attorney General
>North Carolina Department of Justice
>Post Office Box 629
>Raleigh, North Carolina 27602
>Phone: (919) 716-6500
>Fax: (919) 716-0001
>hwilliams@ncdoj.gov
>State Bar No. 59214
>Attorney for Respondent